# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-13
```

**MEMO ENDORSED**

January 31, 2013

VIA FACSIMILE

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: U.S. v. Ashkenazi et al.
12-CR-581 (PKC)

*Application granted.*
*SO ORDERED*
*[signature]*
*2-1-13*

Dear Judge Castel:

We represent defendant Samuel Goldberger in the above-captioned case. We write to respectfully request that the deadline for Mr. Goldberger's filing of motions *in limine*, proposed *voir dire*, and proposed jury charge be extended by one week to February 8, 2013. The requested new deadline would coincide with the filing extension that Your Honor granted to Mr. Goldberger's co-defendant Samuel Ashkenazi today. We do not believe that the granting of this request will result in a delay of the trial currently scheduled for March 4, 2013 and the government consents to this request.

Respectfully submitted,

Noah E. Shelanski

cc: AUSA Rachel Maimin    (via email)
    AUSA Rahul Mukhi      (via email)
    Brian P. Ketcham, Esq. (via email)